UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TURTLE & HUGHES, INC.

                     Plaintiff,

-against-

CLEARVIEW CABLE LLC d/b/a CLEARVIEW SOLAR and SHANE RICHARDSON,

                     Defendants.

Civil Action No. 23-cv-00140

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff and the Defendants that: a) the time for Defendants to answer, move, or otherwise respond to the Complaint dated January 6, 2023, is hereby extended to March 8, 2023; and b) the Defendants hereby waive any objection to this Court's jurisdiction and to the manner of service of the Summons and Complaint.

This is the first extension of time requested by the Defendants.

Dated: New York, New York
         February 2, 2023

JONES LAW FIRM, P.C.

By: _s/s Elaine Platt_
Elaine Platt, Esq. (of counsel)
1270 Avenue of the Americas, Floor 7
New York, New York 10020
(212) 258-0685
*Attorneys for the Defendants*

TODD & LEVI, LLP

By: s/s Jill Levi
Jill Levi
Todd & Levi, LLP
444 Madison Avenue, Suite 1202
New York, New York 10022
Tel: (212) 308-7400
*Attorneys for Plaintiff*

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

2/3/2023