UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TURTLE & HUGHES, INC.

                     Plaintiff,

-against-

CLEARVIEW CABLE LLC d/b/a CLEARVIEW SOLAR and SHANE RICHARDSON,

                     Defendants.

Civil Action No. 23-cv-00140

**JUDGMENT**

On March 10, 2023, the Defendants having filed an Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68 (the "Rule 68 Offer"), and on March 10, 2023, the Plaintiff having accepted the Rule 68 Offer; it is

ORDERED and ADJUDGED that judgment is hereby entered against each of the Defendants, jointly and severally, in the total amount of $341,268.41, which includes the principal amount of $301,720.16, service charges in the amount of $30,048.25, and attorneys' fees in the amount of $9,500.00.
 **The Clerk is directed to mark this case as closed.**

Dated:  New York, New York
        March  13, 2023

                                            _____
                                            J. PAUL OETKEN
                                            United States District Judge